MD

1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC DAYS, CA Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ERNEST P. MUNOZ



FILED

APR 24 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   1:08CR 00107 SMS
                                     )   Citation No. P0484595
12              Plaintiff,           )
                                     )   WAIVER OF DEFENDANT'S PERSONAL
13        v.                         )   PRESENCE; [PROPOSED] ORDER
                                     )
14  ERNEST P. MUNOZ,                 )
                                     )
15              Defendant.           )   Hon. Dennis L. Beck
                                     )
16  _____  )

17

18        The undersigned defendant, Ernest P. Munoz, having been advised of his right to be present in

19  person in open court upon the hearing of any motion or other pre-trial proceeding in this cause,

20  including but not limited to, arraignment and/or initial appearance, plea, status conference, motions

21  hearing, when the case is ordered set for trial, when a continuance is ordered, entry of plea, trial, and

22  imposition of sentence, hereby waives the right to be present at said hearings, and requests the court to

23  allow his attorney to make such appearances on his behalf and to request the Court to set a motions

24  schedule and/or schedule the matter for trial or such hearings as may be appropriate at a time mutually

25  convenient to the court and counsel. Defendant further hereby requests the court to proceed during every

26  absence of his which the court may permit pursuant to this waiver; agrees that his interests will be deemed

27  represented at all times by the presence of his attorney, the same as if defendant were personally present.

28  ///

Defendant makes this request because he resides in Upland, California, and because of the time, distance and expense involved, travel to Fresno for court appearances would be both a financial and personal hardship. Defendant wishes to limit the number of personal court appearances and minimize the time and expense of travel to court.

This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED: April 7th, 2008

_____
ERNEST P. MUNOZ, Defendant

_____
MARC DAYS
Assistant Federal Defender
Attorney for Defendant

## ORDER

GOOD CAUSE APPEARING, **IT IS SO ORDERED.**

DATED: April 24, 2008

_____
DENNIS L. BECK, Magistrate Judge
Eastern District of California



Waiver of Defendant's Personal Presence;
[Proposed] Order                                    2