1  DANIEL J. BRODERICK, #89424
Federal Defender
2  MARC DAYS, CA Bar #184098
Assistant Federal Defender
3  Designated Counsel for Service
2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
Telephone: (559) 487-5561
5
Attorney for Defendant
6  ERNEST P. MUNOZ

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO. 1:08-CR-00107 SMS
                                       )
12              Plaintiff,             )   STIPULATION TO CONTINUE STATUS
                                       )   CONFERENCE HEARING; ORDER
13        v.                           )
                                       )
14  ERNEST P. MUNOZ,                   )   Date:   August 28,  2008
                                       )   Time:  10:00 A.M.
15              Defendant.             )   Judge: Hon. Sandra M. Snyder
                                       )
16  _____   )

17

18       **IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their

19  respective attorneys of record herein, that the status conference hearing in the above captioned matter now

20  scheduled for July 31, 2008, **may be continued to August 28, 2008 at 10:00 a.m.**

21       This continuance is requested by counsel for the defendant to allow additional time for defense

22  investigation and plea negotiation prior to hearing.  The requested continuance will conserve time and

23  resources for both counsel and the court.

24  ///

25  ///

26  ///

27  ///

28  ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the interests of

2    justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A) and

3    3161(h)(8)(B)(i) and (iv).

4                                                          McGREGOR M. SCOTT
                                                          United States Attorney

5

6    DATED:  July 29, 2008                    By   /s/ Mark J. McKeon
                                                          MARK J. McKEON
7                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff
8

9                                                          DANIEL J. BRODERICK
                                                          Federal Defender
10

11   DATED:  July 29, 2008                    By   /s/ Marc Days
                                                          MARC DAYS
12                                                         Assistant Federal Defender
                                                          Attorney for Defendant
13                                                         ERNEST P. MUNOZ

14

15                                      **ORDER**

16       **IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

17   3161(h)(8)(B)(i) and (iv).

18       IT IS SO ORDERED.

19   **Dated:   July 30, 2008**                   /s/ **Dennis L. Beck**
                                                          UNITED STATES MAGISTRATE JUDGE
20

21

22

23

24

25

26

27

28